IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STANLEY L. WADE, <br><br> Petitioner, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION TO RECONSIDER <br><br><br> Civil Case No. 2:08-CV-741 TS <br><br> Criminal Case No. 2:04-CR-141 TS |

This matter is before the Court on Petitioner's Motion to Reconsider.[1]  In his Motion to Reconsider, Petitioner reargues the points addressed by the Court in its February 18, 2009 Order.[2]  For the same reasons set forth in that Order, Petitioner's Motion to Reconsider is denied.[3]

It is therefore

ORDERED that Petitioner's Motion to Reconsider (Docket No. 15) is DENIED.  It is further

---

[1] Docket No. 15.

[2] Docket No. 13.

[3] *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (stating that motion for reconsideration "is not appropriate to revisit issues already addressed").

ORDERED that Petitioner's Motion for Release (Docket No. 14) and Petitioner's Motion for Judicial Notice (Docket No. 16) are DENIED AS MOOT.

DATED this 23rd day of March, 2009.

BY THE COURT:

_____
TED STEWART
United States District Judge